

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>JAQUELINE GUERRERO-AVILA,<br><br>   Defendant. | Criminal Case No. 08CR3010-JM<br><br>I N F O R M A T I O N<br><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |

The United States Attorney charges:

On or about August 21, 2008, within the Southern District of California, defendant JAQUELINE GUERRERO-AVILA, did knowingly and intentionally import approximately 14.22 kilograms (31.28 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: September 4, 2008 .

KAREN P. HEWITT
United States Attorney

GEORGE V. MANAHAN
Assistant U.S. Attorney

GVM:mg:Imperial
9/4/08